In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-443 CV


____________________



GEORGE WARRINER, Appellant



V.



SGT. VIRGIL WEAVER, ET AL., Appellees






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-167,823






MEMORANDUM OPINION (1)


 George Warriner, appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. Appellate costs are assessed against the appellant.

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered December 16, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.